UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN JIAN GUAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN FRANCISCO MAGISTRATE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-02896-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed this *pro se* action against County of San Francisco Magistrate Company and San Francisco County Superior Court. On June 20, 2024, the Court denied Plaintiff's request for leave to proceed *in forma pauperis* because Plaintiff had sufficient funds to pay the filing fee and still afford the necessities of life. ECF No. 11. The Court ordered Plaintiff to pay the $405 filing and administrative fees in full by August 18, 2024, or face dismissal of this action. *Id.* The deadline to pay the filing and administrative fees, and Plaintiff has neither paid the required fees nor has he communicated with the Court. All parties instituting any civil action, suit, or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $402. *See* 28 U.S.C. § 1914(a). Because Plaintiff has not paid the filing fee, this action cannot proceed. The Court DISMISSES this action without prejudice. Any request to reopen this action must be accompanied by the full filing fee. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: September 12, 2024



JON S. TIGAR
United States District Judge